

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

**NO. 02-11-00518-CR**

WILLIE BRYAN JR.                                                                 APPELLANT

V.

THE STATE OF TEXAS                                                               STATE

------------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, Appellant Willie Bryan Jr. signed a judicial confession and pled guilty to possession of cocaine in the amount of one or more but less than four grams, a third-degree felony, and the trial court convicted him

---

[1]*See* Tex. R. App. P. 47.4.

of that offense and sentenced him to two years' confinement.[2]  Appellant filed a timely notice of appeal.

The trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal.  Accordingly, we informed Appellant by letter on November 22, 2011, that this case was subject to dismissal unless he or any party showed grounds for continuing the appeal on or before Friday, December 2, 2011.[3]  Appellant's pro se response does not provide grounds for continuing the appeal.

Accordingly, we dismiss this appeal.[4]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  January 26, 2012

---

[2]*See* Tex. Health & Safety Code Ann. §§ 481.102(3)(D) (providing cocaine is in penalty group 1), .115(c) (providing possession of one or more but less than four grams of penalty group 1 substance is third-degree felony) (West 2010); Tex. Penal Code Ann. § 12.34 (West 2011) (providing punishment range for third-degree felony is two to ten years' confinement and a fine of up to $10,000).

[3]*See* Tex. R. App. P. 25.2(a)(2), (d).

[4]*See* Tex. R. App. P. 25.2(d), 43.2(f).